# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

PHOENIX PETROLEUM, LLC,

    Plaintiff,

v.                                    Case No: 5:14-cv-548-Oc-30PRL

DIAMOND OIL, LLC, et al.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for lack of diligent prosecution pursuant to Local Rule 3.10(a), in accordance with this Court's Order to Show Cause (Dkt. #20) entered on May 1, 2015.

It is therefore **ORDERED AND ADJUDGED**:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of May, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record